IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Tennenbaum,<br><br>Plaintiff,<br><br>v.<br><br>Arizona City Sanitary District, a political subdivision of the State of Arizona; Francis J. Slavin PC, an Arizona corporation; Francis J. Slavin, husband; Carol J. Slavin, wife,<br><br>Defendants. | No. CV-10-02137-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting Plaintiff's Motion for Extension of Time to Respond to the Slavin Defendants' Motion for Summary Judgment (Doc. 175). Plaintiff's Response is extended to and including **February 18, 2013**.

Dated this 5th day of February, 2013.

_____
G. Murray Snow
United States District Judge